MUTUAL BENEFIT LIFE INSURANCE COMPANY, APPELLEE, V. MARY MCGRAW ET AL., APPELLANTS.

FILED MARCH 22, 1935. No. 29206.

*Waring & Waring,* for appellants.

*Sloans, Keenan & Corbitt, contra.*

Heard before GOSS, C. J., ROSE, GOOD, EBERLY, DAY, PAINE and CARTER, JJ.

CARTER, J.

In the above entitled case, the identical situation exists as in the case of *Howarth v. Becker,* p. 580, *post,* and for the reasons set forth in the opinion in that case, the judgment of the district court is reversed and the cause remanded.

REVERSED.